UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

DANYELL MCGEE,

        Petitioner,

    v.

ADAM BIEBER,

        Respondent.

Case No. 17-cv-139-pp

---

**ORDER DISMISSING CASE FOR FAILURE TO PAY THE FILING FEE**

---

On February 22, 2017, the court issued an order directing the petitioner to pay the filing fee in this case in three installments—$1.75 by March 10, 2017; $1.75 by April 7, 2017; and $1.50 by May 12, 2017. Dkt. No. 8. On March 6, 2017, the court received an installment fee of $1.92, but has received no further payments since.

On May 22, 2017, the court issued an order to show cause, requiring that by the end of the day on June 19, 2017, the petitioner either must make the second payment of $1.75 or file a document explaining why he had not made the payment. Dkt. No. 11. The order stated that if the petitioner did not make the payment or file an explanation by that deadline, the court may dismiss the case. Id. On May 30, 2017, the court's order was returned to the court from the Shawano County Jail, with an indication on the front of the envelope that the petitioner was no longer there. Dkt. No. 12. The clerk's office contacted the jail, and learned that the petitioner's address was 3928 North

1

52nd Street, Milwaukee, WI 53216. So the clerk's office re-sent the order to that address. That was almost three months ago; the court has not heard from the petitioner since.

The court **ORDERS** that this case is **DISMISSED WITHOUT PREJUDICE** for failure to pay the filing fee.

Dated in Milwaukee, Wisconsin this 28th day of August, 2017.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**United States District Judge**